Richard L. DeLucia (*pro hac vice*)
*rdelucia@kenyon.com*
Elizabeth A. Gardner (*pro hac vice*)
*egardner@kenyon.com*
KENYON & KENYON LLP
One Broadway
New York, New York 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

Donald L. Morrow
*donaldmorrow@paulhastings.com*
PAUL HASTINGS LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, California 92626
Telephone: (714) 668- 6291
Facsimile: (714) 668-6391

Attorneys for Tyco Healthcare Group LP
d/b/a Covidien, Covidien LP, and
Covidien Sales LLC

Thomas M. O'Leary, Bar No. 126146
*Thomas.Oleary@leclairryan.com*
Laurin H. Mills (*pro hac vice*)
*Laurin.Mills@leclairryan.com*
LECLAIRRYAN LLP
725 S. Figueroa St., Suite 350
Los Angeles, CA  90017
Telephone: (213) 488-0503
Facsimile: (213) 624-3755

Attorneys for Gaya Limited

**THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TYCO HEALTHCARE GROUP LP d/b/a COVIDIEN,<br><br>Defendant. | SACV 11-01406 JVS (ANx)<br>Consolidated with SACV13-24 JVS (ANx)<br><br>**COVIDIEN'S AND GAYA'S DESIGNATIONS OF DEPOSITION TESTIMONY**<br><br>Honorable James V. Selna<br><br>Trial Date: March 11, 2014<br>Time: 9:00 AM<br>Place: Courtroom 10C |

1

2      Tyco Healthcare Group LP d/b/a Covidien, Covidien LP, and Covidien Sales

3  LLC ("Covidien") and Gaya Limited ("Gaya") hereby submit the following

4  deposition designations in the above-captioned matter.

5

| Jeremy Albrecht | | | | | |
|---|---|---|---|---|---|
| No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) | | | | | |
| Deposed on November 15, 2012 | | | | | |
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations | Applied's Objections to Covidien and Gaya's Counter-Counter-Designations |
| 7:23-8:11 | | 12:19-22 | FRE 802 | 13:23-14:9 | |
| 12:8-10 | | 40:14-23 | FRE 106; FRE 402; FRE 403; FRE 802; FRCP 32(a)(6) (Scope) | 40:24-41:8 | |
| 12:23-13:5 | | 42:9-17 | FRE 402; FRE 403; AC | 77:6-7 | 402/403 |
| 41:23-25 | | 46:4-6 | FRE 402; FRE 403; FRE 802 | 78:2-16 | 402/403 |
| 42:4-8 | | 49:8-13 | FRE 402; FRE 403; AC | 91:17-21 | 402/403 |
| 45:9-11 | 402/403 | 68:21 | FRE 802 | | |
| 45:15-25 | 402/403 | 69:14-16 | FRE 106 FRE 402; FRE 403; FRE 802 | | |
| 46:7-8 | 402/403 | 75:18-76:11 | FRE 402; FRE 403; FRE 802 | | |
| 46:12-14 | 402/403 | 76:24 – 77:5 | FRE 402; FRE 403; FRE 802 | | |

| Jeremy Albrecht No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) Deposed on November 15, 2012 | | | | | |
|---|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations | Applied's Objections to Covidien and Gaya's Counter-Counter-Designations |
| 46:16-18 | 402/403 | 77:18 – 78:1 | FRE 402; FRE 403; FRE 802 | | |
| 48:1-8 | 402/403 | 80:6 – 82:3 | FRE 402; FRE 403; FRE 802; FRCP 32(a)(6) (Scope) | | |
| 48:13 | 402/403 | 88:12-19 | FRE 402; FRE 403; FRE 802 | | |
| 49:6-7 | 402/403 | 90:23 – 91:16 | FRE 106; FRE 402; FRE 403; FRE 802 | | |
| 49:14-16 | 402/403 | | | | |
| 49:18-50:11 | 402/403 | | | | |
| 50:14-16 | 402/403 | | | | |
| 50:18-51:2 | 402/403 | | | | |
| 51:13-15 | 402/403 | | | | |
| 53:18-21 | 402/403 | | | | |
| 53:23-24 | 402/403 | | | | |
| 54:1-25 | 402/403 | | | | |
| 55:12-22 | 402/403 | | | | |
| 56:3-18 | 402/403 | | | | |
| 56:20-57:24 | 402/403 | | | | |
| 58:7-9 | 402/403 | | | | |
| 58:16-59:12 | 402/403 | | | | |
| 59:17-60:3 | 402/403 | | | | |
| 60:6-7 | 402/403 | | | | |
| 60:9-18 | 402/403 | | | | |
| 60:20-22 | 402/403 | | | | |
| 60:24-61:3 | 402/403 | | | | |
| 61:6-7 | 402/403 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Jeremy Albrecht** <br> **No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)** <br> **Deposed on November 15, 2012** | | | | | |
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** | **Applied's Objections to Covidien and Gaya's Counter-Counter-Designations** |
| 61:22-62:8 | 402/403 | | | | |
| 62:11 | 402/403 | | | | |
| 62:13-63:8 | 402/403 | | | | |
| 63:12-13 | 402/403 | | | | |
| 65:2-6 | 402/403 | | | | |
| 65:12-66:13 | 402/403 | | | | |
| 67:12-68:20 | 402/403 | | | | |
| 68:22-69:4 | 402/403 | | | | |
| 69:17-21 | 402/403 | | | | |
| 70:3-6 | 402/403 | | | | |
| 70:15-71:9 | 402/403 | | | | |
| 72:8-14 | 402/403 | | | | |
| 72:16-17 | 402/403 | | | | |
| 72:19-73:9 | 402/403 | | | | |
| 74:6-12 | 402/403 | | | | |
| 74:15-16 | 402/403 | | | | |
| 74:18-20 | 402/403 | | | | |
| 75:15-17 | 402/403 | | | | |
| 76:17-21 | 402/403 | | | | |
| 76:23 | 402/403 | | | | |
| 78:17-79:4 | 402/403 | | | | |
| 79:9-12 | 402/403/602 | | | | |
| 79:14-15 | 402/403/602 | | | | |
| 79:17-22 | 402/403/602 | | | | |
| 84:14-85:10 | 402/403/602 | | | | |
| 85:22-86:19 | 402/403, 602 as to 86:5-12 | | | | |
| 87:4-17 | 402/403/602 | | | | |

| Jeremy Albrecht | | | | | |
|---|---|---|---|---|---|
| **No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)** | | | | | |
| **Deposed on November 15, 2012** | | | | | |
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** | **Applied's Objections to Covidien and Gaya's Counter-Counter-Designations** |
| 87:20-88:2 | 402/403/602 | | | | |
| 88:4-10 | 402/403 | | | | |
| 90:11-20 | 402/403 | | | | |

| Robert Bowes | | | | |
|---|---|---|---|---|
| **No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)** | | | | |
| **Deposed on November 14, 2012** | | | | |
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** |
| 8:9-10:11 | | 10:12 – 13:15 | FRE 402 | 41:19-21 |
| 13:16-25 | | 16:11-25 | FRE 402 FRE 403 | 41:23-24 |
| 14:3-5 | | 17:4-6 | FRE 402 FRE 403 | |
| 14:7-15:4 | | 17:8 – 18:8 | FRE 402 FRE 403 FRE 802 | |
| 15:7-8 | | 18:13-19 | FRE 402 FRE 403 | |
| 15:10-12 | | 19:16 – 20:2 | FRE 106 FRE 402 FRE 403 | |
| 20:3-19 | | 23:8-23 | FRE 403 FRCP 32(a)(6) (Scope) | |
| 20:21-23 | | 26:1-21 | FRE 403 FRCP 32(a)(6) (Scope) | |
| 20:25-22:1 | | 32:23-25 | FRE 402 FRE 403 V | |
| 22:3-6 | | 36:20 – 37:21 | FRE 403 FRE 602 | |
| 24:5-25:3 | | 38:4-21 | FRE 403 FRE 602 | |

| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
|---|---|---|---|---|
| | | | **Robert Bowes** | |
| | | | **No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)** | |
| | | | **Deposed on November 14, 2012** | |
| 25:6-8 | | 39:14-22 | FRE 106 FRE 403 FRE 602 | |
| 25:10-14 | | 41:10-18 | FRE 106 FRE 403 FRE 602 | |
| 26:22-28:19 | | 45:17-22 | FRE 403 V | |
| 28:21-24 | | 45:25 | FRE 403 V | |
| 29:1-30:17 | | | | |
| 30:19-32:20 | | | | |
| 33:3-8 | | | | |
| 33:11 | | | | |
| 33:23-34:3 | | | | |
| 34:5-19 | | | | |
| 34:22-24 | | | | |
| 35:1 | | | | |
| 35:4 | | | | |
| 35:6-14 | | | | |
| 35:17 | | | | |
| 35:19-36:11 | | | | |
| 36:13-14 | | | | |
| 36:16-19 | | | | |
| 37:22-38:3 | | | | |
| 38:22-39:2 | | | | |
| 39:4-5 | | | | |
| 39:7-9 | | | | |
| 39:11-12 | | | | |
| 39:23-40:19 | | | | |
| 40:21 | | | | |
| 40:24-41:3 | | | | |
| 41:6-9 | | | | |
| 42:17-43:5 | | | | |
| 43:7 | | | | |
| 43:9-15 | | | | |
| 43:18-44:2 | | | | |
| 44:4-5 | | | | |

Case 8:11-cv-01406-JVS-AN   Document 348   Filed 03/10/14   Page 7 of 48   Page ID #:8610

| | | | | |
|---|---|---|---|---|
| **Robert Bowes** | | | | |
| **No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)** | | | | |
| **Deposed on November 14, 2012** | | | | |
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** |
| 44:7-11 | | | | |
| 44:14-16 | | | | |
| 45:8-16 | | | | |
| 46:2-8 | | | | |
| 46:11 | | | | |
| 46:13-47:12 | | | | |
| 47:14-15 | | | | |
| 47:17-25 | | | | |
| 48:3-4 | | | | |
| 48:6-9 | | | | |
| 48:11-12 | | | | |
| 48:19-20 | | | | |
| 48:23 | | | | |
| 48:25-49:13 | | | | |
| 49:15-16 | | | | |
| 49:18-23 | | | | |
| 49:25-50:1 | | | | |
| 50:3-4 | | | | |
| 50:6-8 | | | | |
| 50:10-25 | | | | |
| 51:8-14 | | | | |
| 51:16-17 | | | | |
| 51:19-23 | | | | |
| 52:1 | | | | |
| 52:4-7 | | | | |
| 52:18-53:7 | | | | |
| 53:9-11 | | | | |
| 53:13 | | | | |
| 53:16 | | | | |
| 53:19-20 | | | | |
| 53:22-25 | | | | |
| 54:3-5 | | | | |
| 54:11-12 | | | | |
| 54:16-22 | | | | |
| 55:1-3 | | | | |
| 55:5-8 | | | | |

-7-

| Robert Bowes |||||
| :---: | :---: | :---: | :---: | :---: |
| No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) |||||
| Deposed on November 14, 2012 |||||
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 56:2-9 | | | | |
| 56:12-13 | | | | |
| 56:15-20 | | | | |
| 56:23 | | | | |
| 56:25 | | | | |
| 57:5-6 | | | | |
| 57:8-12 | | | | |
| 57:14-15 | | | | |
| 57:19-21 | | | | |
| 57:23-58:9 | | | | |
| 58:12-21 | | | | |
| 58:23-24 | | | | |
| 59:6-13 | | | | |

| John Brustad No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) Deposed on November 13, 2012 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 8:7-8 | | 21:12-18 | FRE 402 FRE 403 | |
| 11:10-14 | | 48:5-7 | | |
| 12:18-13:11 | | 82:16-23 | | |
| 14:10-18 | | 115:4-17 | FRE 402 FRE 403 | |
| 14:24-15:4 | | 139:14-17 | FRE 402 FRE 403 FRE 701 | |
| 15:6-7 | | 141:19-142:2 | FRE 402 FRE 403 FRE 602 | |
| 15:9-12 | | 178:16-24 | FRE 402 FRE 403 | |
| 21:19-22:6 | | 179:1 | FRE 402 FRE 403 | |
| 22:8-10 | | | | |
| 22:12-23 | | | | |
| 24:12-16 | | | | |
| 26:2-6 | | | | |
| 26:8-11 | | | | |
| 40:16-19 | | | | |
| 40:25-41:5 | | | | |
| 43:2-10 | | | | |
| 43:12-44:2 | | | | |
| 44:16-22 | | | | |
| 46:22-47:9 | | | | |
| 47:24-48:4 | | | | |
| 48:8-19 | | | | |
| 49:8-18 | | | | |
| 49:20-50:7 | | | | |
| 50:22-51:21 | | | | |
| 51:25 | | | | |
| 52:6-10 | | | | |
| 52:22-53:5 | | | | |

| John Brustad | | | | |
|---|---|---|---|---|
| No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) | | | | |
| Deposed on November 13, 2012 | | | | |
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 53:10-14 | | | | |
| 54:25-55:3 | | | | |
| 61:1-4 | | | | |
| 71:7-9 | | | | |
| 71:11-12 | | | | |
| 72:24-73:2 | | | | |
| 73:4-5 | | | | |
| 73:7-8 | | | | |
| 73:10 | | | | |
| 73:23-74:17 | | | | |
| 75:19-76:6 | | | | |
| 77:10-13 | | | | |
| 79:1-25 | | | | |
| 80:6-17 | | | | |
| 82:24-83:20 | | | | |
| 86:1-4 | | | | |
| 86:9-11 | | | | |
| 86:13-15 | | | | |
| 94:16-95:14 | | | | |
| 95:20-22 | | | | |
| 96:12-16 | | | | |
| 97:3-10 | | | | |
| 102:1-22 | | | | |
| 103:2-16 | | | | |
| 105:11-18 | | | | |
| 107:9-16 | | | | |
| 108:1-12 | | | | |
| 108:17-109:5 | 402/403 | | | |
| 109:8-20 | 402/403 | | | |
| 109:25-110:7 | 402/403 | | | |
| 110:13-111:1 | 402/403 | | | |
| 111:3-5 | 402/403 | | | |
| 111:14-21 | 402/403 | | | |
| 111:25-113:8 | 402/403 | | | |
| 113:14-23 | 402/403 | | | |

| John Brustad No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) Deposed on November 13, 2012 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 114:16-115:3 | 402/403 | | | |
| 128:10-13 | | | | |
| 129:8-11 | | | | |
| 132:14-23 | | | | |
| 134:4-14 | | | | |
| 136:18-137:20 | 402/403 as to 136:18-23 | | | |
| 138:3-8 | | | | |
| 138:10-16 | | | | |
| 138:21-139:13 | | | | |
| 141:9-18 | | | | |
| 142:6-19 | | | | |
| 143:3-17 | | | | |
| 143:20-23 | | | | |
| 144:16-19 | | | | |
| 145:16-20 | | | | |
| 150:16-151:13 | 402/403 | | | |
| 151:15 | | | | |
| 151:25-152:4 | 402/403 | | | |
| 156:13-157:12 | | | | |
| 163:8-164:12 | 402/403 | | | |
| 172:19-24 | | | | |
| 173:4-11 | 402/403 | | | |
| 173:17-174:20 | 402/403 | | | |
| 175:14-177:9 | | | | |
| 177:17-23 | 402/403 | | | |
| 177:25-178:2 | 402/403 | | | |
| 178:4-15 | | | | |
| 181:21-25 | | | | |
| 182:7-20 | 402/403 | | | |
| 182:22-23 | | | | |
| 185:23-186:6 | | | | |

| John Brustad | | | | |
| :---: | :---: | :---: | :---: | :---: |
| No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) | | | | |
| Deposed on November 13, 2012 | | | | |
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 186:17-23 | 402/403 | | | |
| 188:15-189:3 | 402/403 | | | |
| 197:10-16 | | | | |
| 198:8-199:17 | | | | |
| 200:13-16 | | | | |
| 206:5-14 | | | | |
| 206:22-207:2 | | | | |
| 215:22-216:10 | | | | |
| 216:17-21 | | | | |
| 218:20-24 | | | | |
| 223:9-19 | | | | |
| 223:23-25 | | | | |

| | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 7:10-11 | | 13:17-25 | FRE 402<br>FRE 403<br>FRE 602 | 17:11-16 |
| 7:18-21 | | 14:21-15:4 | FRE 402<br>FRE 403<br>FRE 602 | 19:10-19 |
| 8:8-9 | | 16:6-21 | FRE 402<br>FRE 403<br>FRE 602 | |
| 8:15-18 | | 17:20-18:3 | FRE 402<br>FRE 403<br>FRE 602 | |
| 11:23-12:3 | | 25:15-26:10 | FRE 402<br>FRE 403 | |
| 12:9-21 | | 84:8-14 | FRE 402<br>FRE 403<br>FRE 602<br>V | |
| 13:1-9 | | 106:20-25 | FRE 402<br>FRE 403<br>AC<br>FRCP 32(a)(6) (scope) | |
| 14:7-20 | | 107:3-8 | FRE 402<br>FRE 403<br>FRE 602<br>AC<br>V<br>FRCP 32(a)(6) (scope) | |
| 18:18-19:9 | | 116:5-21 | FRE 402<br>FRE 403<br>FRE 602<br>AC<br>FRCP 32(a)(6) (scope) | |

The table above is headed:

**John Brustad**
**No. 05-cv-8914 GPS (SHx)**
**Deposed on October 18, 2006**

-13-

| John Brustad<br>No. 05-cv-8914 GPS (SHx)<br>Deposed on October 18, 2006 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 19:24-20:2 | | 117:21-25 | FRE 402<br>FRE 403<br>V | |
| 20:5-7 | | 118:7-9 | FRE 402<br>FRE 403 | |
| 22:13-15 | | 122:10-123:4 | FRE 402<br>FRE 403 | |
| 23:19-25:2 | | 126:7-9 | FRE 106<br>FRE 402<br>FRE 403<br>FRE 602 | |
| 25:6-14 | | 132:19-20 | FRE 402<br>FRE 403<br>FRCP 32(a)(6)<br>(scope) | |
| 62:24-63:3 | | 132:23 | FRE 402<br>FRE 403<br>FRCP 32(a)(6)<br>(scope) | |
| 74:23-75:12 | | 132:25-133:8 | FRE 402<br>FRE 403<br>FRCP 32(a)(6)<br>(scope) | |
| 78:25-79:14 | | | | |
| 79:17 | | | | |
| 80:3-8 | | | | |
| 80:10-15 | | | | |
| 80:20-23 | | | | |
| 81:10-13 | | | | |
| 84:1-7 | | | | |
| 85:3-12 | | | | |
| 101:10-102:11 | | | | |
| 104:7-9 | | | | |
| 104:11-12 | | | | |
| 104:15-20 | | | | |

| John Brustad No. 05-cv-8914 GPS (SHx) Deposed on October 18, 2006 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 118:18-119:22 | | | | |
| 120:7-8 | | | | |
| 120:13-19 | | | | |
| 120:21-121:5 | | | | |
| 121:8-9 | | | | |
| 121:12 | | | | |
| 121:21-122:4 | | | | |
| 122:7-9 | | | | |
| 123:9-12 | | | | |
| 123:14-17 | | | | |
| 123:19-24 | | | | |
| 124:1 | | | | |
| 125:3-126:6 | | | | |
| 126:12-127:6 | | | | |
| 149:16-150:7 | 402/403 | | | |
| 150:10-151:2 | 402/403 | | | |
| 151:4-5 | 402/403 | | | |
| 151:12-20 | 402/403 | | | |

| | | | John Brustad | |
| | | | No. 50 133T00316 06 | |
| | | | Arbitration Testimony of October 10, 2007 | |

| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
|---|---|---|---|---|
| 862:7-16 | | 895:19 – 896:2 | FRE 106<br>FRE 402<br>FRE 403<br>FRE 602<br>V | 898:6–899:4 |
| 873:14-875:19 | | 941:14-17 | | |
| 883:17-884:7 | | 941:22 – 942:11 | FRE 402<br>FRE 403<br>FRE 602 | |
| 892:20-893:7 | | | | |
| 894:5-10 | | | | |
| 895:8-18 | | | | |
| 896:3-6 | | | | |
| 908:12-909:4 | | | | |
| 909:17-18 | | | | |
| 913:17-22 | | | | |
| 914:4-915:10 | 402/403/701 | | | |
| 915:14-16 | 402/403/701 | | | |
| 917:18-22 | | | | |
| 940:6-941:1 | | | | |
| 941:7-13 | | | | |
| 941:18-21 | | | | |
| 942:12-17 | | | | |
| 942:22-943:2 | | | | |
| 947:12-20 | | | | |
| 954:17-956:5 | | | | |
| 966:10-967:12 | | | | |
| 967:14-22 | | | | |

| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
|---|---|---|---|---|
|  | **Nabil Hilal**<br>**No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)**<br>**Deposed on September 26, 2012** | | | |
| 8:13-14 | | 49:21-50:19 | | |
| 25:24-26:16 | | 95:23-96:5 | FRE 402<br>FRE 403 | |
| 29:15-24 | | | | |
| 30:25-32:14 | 402/403 | | | |
| 36:13-19 | 402/403 | | | |
| 37:9-16 | 402/403 | | | |
| 48:8-49:20 | | | | |
| 53:3-8 | | | | |
| 61:11-13 | | | | |
| 62:10-18 | | | | |
| 62:25-64:5 | | | | |
| 65:3-66:12 | | | | |
| 87:20-25 | | | | |
| 88:2-19 | | | | |
| 95:1-5 | | | | |
| 95:12-17 | | | | |
| 96:21-97:11 | | | | |
| 134:3-19 | | | | |
| 137:11-138:7 | 402/403 | | | |
| 150:2-19 | | | | |
| 151:10-152:7 | | | | |
| 152:9-11 | | | | |
| 173:10-21 | | | | |
| 181:24-182:20 | 402/403 | | | |
| 182:24-183:12 | 402/403 | | | |

| Nabil Hilal No. 05-cv-8914 GPS (SHx) Deposed on November 2, 2006 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 7:10-14 | | 65:20-25 | FRE 402 FRE 403 | 163:16-17 |
| 44:4-15 | | 162:4-9 | | |
| 45:20-46:2 | | 163:8-15 | FRE 402 FRE 403 | |
| 51:2-7 | | 164:4-7 | FRE 402 FRE 403 | |
| 52:12-14 | | | | |
| 65:3-19 | | | | |
| 105:17-18 | | | | |
| 106:2-8 | | | | |
| 107:1-21 | | | | |
| 108:18-19 | | | | |
| 108:22-109:14 | | | | |
| 111:2-112:6 | | | | |
| 138:21-140:15 | | | | |
| 160:8-12 | | | | |
| 162:1-3 | | | | |
| 162:15-163:7 | | | | |

| Nabil Hilal<br>No. 50 133T00316 06<br>Arbitration Testimony of October 9, 2007 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 580:7-8 | | 624:5-625:8 | FRE 402<br>FRE 403<br>FRCP 32(a)(6) (scope) | 648:1-6 |
| 598:17-22 | | 648:7-11 | | |
| 603:3-604:9 | | 649:14-650:2 | FRE 402<br>FRE 403 | |
| 623:7-15 | | | | |
| 624:1-4 | | | | |
| 647:14-22 | | | | |
| 648:13-649:13 | | | | |
| 656:13-657:5 | | | | |
| 657:21-22 | | | | |
| 658:5-660:14 | | | | |
| 661:6-662:6 | | | | |

| | | Nabil Hilal<br>No. 50 133T00316 06<br>Arbitration Testimony of October 10, 2007 | | |
|---|---|---|---|---|
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** |
| 781:17-782:21 | | 779:15-20 | FRE 402<br>FRE 403 | |
| 784:18-785:1 | | 785:9-14 | | |
| 785:3-8 | | 812:5-813:5 | FRE 402<br>FRE 403<br>FRE 602 | |
| 806:14-807:16 | | 856:15-858:13 | FRE 402<br>FRE 403<br>FRE 602<br>FRCP 32(a)(6)<br>(scope) | |
| 811:17-812:4 | | 859:5-15 | FRE 402<br>FRE 403<br>FRCP 32(a)(6)<br>(scope) | |
| 825:6-826:5 | | | | |
| 826:8-10 | | | | |
| 852:18-853:4 | | | | |

| Curtis Huffmire<br>No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)<br>Deposed on October 17, 2012 | | | | | |
|---|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations | Applied's Objections to Covidien and Gaya's Counter-Counter-Designations |
| 7:6-10 | | 31:6-11 | FRE 402<br>FRE 403 | 101:13-21 | |
| 7:18-22 | | 37:15-19 | FRE 402<br>FRE 403 | 140:24-141:13 | 402/403 |
| 8:19-20 | | 37:21-23 | FRE 402<br>FRE 403 | | |
| 8:23-9:1 | | 74:7-14 | FRE 402<br>FRE 403 | | |
| 9:20-10:3 | | 75:10 –<br>76:5 | FRE 402<br>FRE 403 | | |
| 10:12-19 | | 78:3 –<br>79:13 | FRE 402<br>FRE 403 | | |
| 12:3-15 | | 101:3-12 | FRE 106<br>FRE 402<br>FRE 403 | | |
| 14:22-25 | | 101:13-21 | | | |
| 15:4-5 | | 101:22 –<br>102:3 | FRE 106<br>FRE 402<br>FRE 403 | | |
| 15:8-11 | | 102:6-9 | FRE 106<br>FRE 402<br>FRE 403 | | |
| 16:14-18:5 | 402 | 102:18-22 | FRE 106<br>FRE 402<br>FRE 403 | | |
| 18:12-16 | 402 | 103:24 –<br>104:5 | FRE 106<br>FRE 402<br>FRE 403 | | |
| 19:4-10 | | 115:17 –<br>116:25 | FRE 402<br>FRE 403 | | |
| 19:23-20:1 | | 117:7 –<br>118:9 | FRE 402<br>FRE 403 | | |
| 24:11-20 | 402 | 118:18-21 | FRE 402<br>FRE 403 | | |
| 25:3-6 | 402 | 118:25 –<br>119:1 | FRE 402<br>FRE 403 | | |
| 25:9 | 402 | 119:11 –<br>121:7 | FRE 402<br>FRE 403 | | |

| Curtis Huffmire | | | | | |
| No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) | | | | | |
| Deposed on October 17, 2012 | | | | | |
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations | Applied's Objections to Covidien and Gaya's Counter-Counter-Designations |
|---|---|---|---|---|---|
| 25:11-15 | 402 | 121:17 – 123:6 | FRE 402 FRE 403 | | |
| 25:22-26:1 | 402 | 123:21 – 124:15 | FRE 402 FRE 403 | | |
| 28:20-29:18 | 402 | 126:2-5 | FRE 402 FRE 403 | | |
| 29:19-30:1 | 402 | 126:7-20 | FRE 402 FRE 403 | | |
| 30:2-8 | 402 | 126:22 – 127:3 | FRE 402 FRE 403 | | |
| 37:25-38:7 | 402/403 | 127:6-25 | FRE 402 FRE 403 | | |
| 39:4-17 | 402/403 | 130:18 – 131:2 | FRE 402 FRE 403 | | |
| 39:22-40:13 | 402/403 | 134:17-23 | FRE 402 FRE 403 | | |
| 72:7-16 | 402/403 | 135:2-10 | FRE 402 FRE 403 | | |
| 72:25-73:20 | 402/403 | 140:14-23 | FRE 106 FRE 402 FRE 403 | | |
| 79:25-80:13 | 402/403 | | | | |
| 80:14-19 | 402/403 | | | | |
| 81:6-7 | 402/403 | | | | |
| 81:11-13 | 402/403 | | | | |
| 81:15-82:4 | 402/403 | | | | |
| 85:8-11 | 402/403 | | | | |
| 85:14-23 | 402/403 | | | | |
| 85:24-86:2 | 402/403 | | | | |
| 86:15-20 | 402/403 | | | | |
| 88:1-10 | 402/403 | | | | |
| 88:12-18 | 402/403 | | | | |
| 89:21-24 | 402/403 | | | | |
| 90:2-91:5 | 402/403 | | | | |
| 91:8-23 | 402/403 | | | | |
| 91:24-92:3 | 402/403 | | | | |
| 93:7-9 | 402/403 | | | | |

| Curtis Huffmire No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) Deposed on October 17, 2012 | | | | | |
|---|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations | Applied's Objections to Covidien and Gaya's Counter-Counter-Designations |
| 96:9-97:14 | 402/403 | | | | |
| 97:17-22 | 402/403 | | | | |
| 98:21-99:6 | 402/403 | | | | |
| 99:7-100:12 | 402/403 | | | | |
| 100:13-20 | 402/403 | | | | |
| 100:12-101:1 | 402/403 | | | | |
| 102:13-102:17 | | | | | |
| 102:23-103:19 | | | | | |
| 103:21-22 | | | | | |
| 106:2-6 | | | | | |
| 106:7-107:15 | 402/403 | | | | |
| 109:2-10 | 402/403 | | | | |
| 113:14-114:21 | 402/403 | | | | |
| 124:16-21 | 402/403 | | | | |
| 124:24-125:19 | 402/403 | | | | |
| 129:20-130:17 | 402/403 | | | | |
| 131:3-132:12 | 402/403 | | | | |
| 133:5-23 | 402/403 | | | | |
| 133:25 | 402/403 | | | | |
| 134:2-16 | 402/403 | | | | |
| 137:3-138:12 | 402/403 | | | | |
| 138:21-139:18 | 402/403 | | | | |
| 140:1-8 | 402/403 | | | | |
| 140:12-13 | 402/403 | | | | |
| 141:15-142:3 | 402/403 | | | | |
| 142:6 | 402/403 | | | | |
| 142:8-143:5 | 402/403 | | | | |
| 144:2-5 | 402/403 | | | | |
| 147:14-18 | 402/403 | | | | |
| 147:21-22 | 402/403 | | | | |

| Curtis Huffmire No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) Deposed on October 17, 2012 | | | | | |
|---|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations | Applied's Objections to Covidien and Gaya's Counter-Counter-Designations |
| 147:24-148:3 | 402/403 | | | | |
| 148:10-12 | 402/403 | | | | |
| 151:10-13 | 402/403 | | | | |
| 151:17 | 402/403 | | | | |
| 171:14-172:3 | 402/403 | | | | |
| 172:5-9 | 402/403 | | | | |
| 175:19-24 | 402/403 | | | | |
| 176:4-177:1 | 402/403 | | | | |
| 177:12-178:7 | 402/403 | | | | |
| 178:9-10 | 402/403 | | | | |
| 178:12-16 | 402/403 | | | | |
| 178:19 | 402/403 | | | | |
| 178:21-179:23 | 402/403 | | | | |
| 180:5-7 | 402/403 | | | | |
| 180:18-181:3 | 402/403 | | | | |
| 182:1-9 | 402/403 | | | | |
| 182:11-13 | 402/403 | | | | |
| 182:16 | 402/403 | | | | |
| 183:6-24 | 402/403 | | | | |
| 189:8-10 | 402/403 | | | | |
| 189:13 | 402/403 | | | | |
| 190:3-9 | 402/403 | | | | |
| | | | | | |

1

| Gary Johnson<br>No. 05-cv-8914 GPS (SHx)<br>Deposed on October 19, 2006 | | | | |
|---|---|---|---|---|
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** |
| 6:10-11 | | | | |
| 6:14-19 | | | | |
| 11:7-16 | | | | |
| 70:4-15 | | | | |
| 72:11-25 | | | | |
| 78:19-23 | | | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Gary Johnson<br>No. 05-cv-8914 GPS (SHx)<br>Deposed on October 31, 2006 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 241:10-243:2 | 402/403 | | | |
| 243:4 | 402/403 | | | |
| 243:16-20 | 402/403 | | | |
| 243:24 | 402/403 | | | |

1

| Gary Johnson<br>No. 50 133T00316 06<br>Arbitration Testimony of October 11, 2007 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 1173:7-14 | | 1175:2-9 | FRE 106;<br>FRE 402;<br>FRE 403;<br>FRE 602;<br>FRE 802;<br>FRCP 32(a)(6)<br>(Scope) | 1176:14-1177:2 |
| 1174:4-6 | | 1176:7-13 | FRE 402;<br>FRE 403;<br>FRE 802;<br>FRCP 32(a)(6)<br>(Scope) | |
| 1177:15-18 | | 1191:21-1192:7 | FRE 106;<br>FRE 402;<br>FRE 403;<br>FRE 602;<br>FRE 802;<br>FRCP 32(a)(6)<br>(Scope) | |
| 1178:2-22 | | | | |
| 1180:4-1181:10 | | | | |
| 1182:5-22 | | | | |
| 1183:8-1185:16 | | | | |
| 1186:15-21 | | | | |
| 1188:1-10 | | | | |
| 1188:17-1189:15 | | | | |
| 1190:4-1190:17 | | | | |
| 1191:11-15 | | | | |
| 1193:6-16 | | | | |
| 1194:9-1195:11 | | | | |

| Gary Johnson No. 50 133T00316 06 Arbitration Testimony of October 11, 2007 | | | | |
|---|---|---|---|---|
| 1200:17-1201:18 | | | | |
| 1208:2-12 | | | | |

| | | Norman Morales | | |
| --- | --- | --- | --- | --- |
| | | No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) | | |
| | | Deposed on May 24, 2013 | | |
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 8:20-24 | | 11:3-7 | FRE 402 FRE 403 | 51:18-21 |
| 10:13-11:2 | | 27:3-18 | | 71:20-72:5 |
| 11:10-19 | | 28:1-3 | FRE 402 FRE 403 | 72:12-14 |
| 14:18-15:11 | | 34:13-16 | FRE 402 FRE 403 | 72:17-73:5 |
| 16:2-8 | | 41:13-23 | FRE 402 FRE 403 | 75:8-9 |
| 16:9-17:10 | | 51:7-17 | FRE 402 FRE 403 | 132:8-10 |
| 17:11-15 | | 61:7-10 | FRE 402 FRE 403 | 132:12-19 |
| 17:20-18:20 | | 62:7-24 | FRE 402 FRE 403 | 132:22-133:5 |
| 18:23-25 | | 64:20-65:3 | FRE 402 FRE 403 | 133:7-18 |
| 19:3-13 | | 65:8-14 | FRE 402 FRE 403 | 178:5-12 |
| 22:11-24:4 | | 65:21-23 | FRE 402 FRE 403 | |
| 25:9-10 | | 67:9-11 | FRE 402 FRE 403 | |
| 25:14-26:5 | | 67:16-18 | FRE 402 FRE 403 | |
| 26:8 | | 67:23-25 | FRE 402 FRE 403 | |
| 26:14-27:2 | | 68:15-18 | FRE 402 FRE 403 FRE 802 | |
| 27:3-18 | | 71:13-19 | FRE 402 FRE 403 FRE 802 | |
| 27:19-22 | | 75:6-7 | FRE 402 FRE 403 | |
| 28:4-6 | | 92:5-12 | FRE 402 FRE 403 | |

| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
|---|---|---|---|---|
| | | | **Norman Morales**<br>**No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)**<br>**Deposed on May 24, 2013** | |
| 28:18-29:10 | | 92:22-93:4 | FRE 402<br>FRE 403 | |
| 30:20-31:6 | | 92:7 | FRE 402<br>FRE 403 | |
| 31:7-32:14 | | 92:9-13 | FRE 402<br>FRE 403 | |
| 32:23-25 | | 97:22-98:3 | FRE 402<br>FRE 403 | |
| 33:8-14 | | 105:4-17 | FRE 402<br>FRE 403 | |
| 34:23-35:5 | | 106:14 – 107:4 | FRE 402<br>FRE 403 | |
| 46:9-12 | | 108:7-11 | FRE 402<br>FRE 403 | |
| 46:21-25 | | 111:6-11 | | |
| 47:5 | | 112:12-14 | | |
| 47:7-22 | | 112:18-113:16 | | |
| 48:1-24 | | 113:21 – 114:4 | FRE 402<br>FRE 403 | |
| 49:13-50:21 | | 114:25-115:12 | | |
| 50:22-51:6 | | 115:22-25 | FRE 402<br>FRE 403 | |
| 51:22-52:10 | | 117:2-9 | | |
| 52:11-53:17 | | 117:16-18 | | |
| 54:2-58:4 | | 118:9-19 | | |
| 58:5-24 | | 121:21-24 | | |
| 59:1-60:13 | | 131:24-132:5 | | |
| 60:15-61:6 | | 134:23-135:21 | FRE 402<br>FRE 403<br>FRE 802 | |
| 61:18-25 | | 177:3-24 | FRE 402<br>FRE 403<br>AC | |
| 62:1-6 | | | | |
| 63:1-64:13 | | | | |
| 64:14-19 | | | | |

| Norman Morales No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) Deposed on May 24, 2013 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 65:4-7 | | | | |
| 65:15-20 | | | | |
| 66:14-67:8 | | | | |
| 67:12-15 | | | | |
| 67:19-22 | | | | |
| 68:1-14 | | | | |
| 68:19-71:3 | | | | |
| 71:6-12 | | | | |
| 73:6-22 | | | | |
| 74:6-75:5 | 402/602 | | | |
| 75:10-76:9 | 402/602 | | | |
| 76:22-77:13 | 402/602 | | | |
| 77:16-22 | 402/602 as to 77:16-18 | | | |
| 77:25-78:6 | 402/602 | | | |
| 78:7-15 | 402/602 | | | |
| 78:17-18 | 402/602 | | | |
| 78:20-23 | 402/602 | | | |
| 78:25-79:18 | 402/602 as to 78:15 – 79:15 | | | |
| 79:25-81:8 | 402/403 as to 79:25-81:4, 402/602 as to 81:5-8 | | | |
| 81:11-12 | 402/602 | | | |
| 81:14-15 | 402/602 | | | |
| 81:18-22 | 402/602 | | | |
| 81:24-25 | 402/602 | | | |
| 82:2-6 | 402/602 | | | |
| 82:9-13 | 402/602 | | | |
| 82:15-20 | 402/602 | | | |
| 82:22-23 | 402/602 | | | |
| 82:25-83:9 | 402/602 | | | |
| 83:10-84:3 | | | | |
| 84:6-7 | | | | |

| Norman Morales No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) Deposed on May 24, 2013 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 84:9-85:5 | | | | |
| 85:6-23 | | | | |
| 85:24-86:6 | | | | |
| 86:25-87:20 | | | | |
| 87:23-88:13 | | | | |
| 88:15-89:11 | | | | |
| 89:19-21 | | | | |
| 89:24-90:5 | | | | |
| 90:6-16 | | | | |
| 90:19-24 | | | | |
| 91:1-16 | | | | |
| 93:22-95:23 | | | | |
| 96:9-97:21 | | | | |
| 98:4-102:10 | | | | |
| 102:12-14 | | | | |
| 102:18-23 | | | | |
| 102:24-104:10 | | | | |
| 104:15-105:3 | | | | |
| 106:9-14 | | | | |
| 110:24-111:3 | | | | |
| 111:6-11 | | | | |
| 112:12-14 | | | | |
| 112:18-113:20 | | | | |
| 114:25-115:21 | | | | |
| 117:2-118:19 | | | | |
| 118:20-24 | 402 | | | |
| 118:25-119:14 | | | | |
| 119:15-22 | | | | |
| 119:23-120:19 | 402 | | | |
| 120:20-121:20 | | | | |
| 121:25-122:21 | 402/403 | | | |
| 123:1-17 | 402/403 | | | |
| 123:20-124:2 | 402/403 | | | |
| 124:12-125:14 | 402/403 | | | |

| Norman Morales<br>No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)<br>Deposed on May 24, 2013 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 125:21-126:2 | 402/403 | | | |
| 126:3-127:22 | 126:3-127:8 as to 402/403 | | | |
| 128:4-21 | 402/403 | | | |
| 128:22-129:13 | 402/403 | | | |
| 129:14-130:10 | 402/403 | | | |
| 130:13-16 | 402/403 | | | |
| 130:25-131:2 | 402/403 | | | |
| 131:5-131:13 | 402/403 | | | |
| 133:22-134:7 | 402/403 | | | |
| 136:18-137:18 | 402/403 | | | |
| 138:24-139:22 | 402/403 | | | |
| 139:25 | 402/403 | | | |
| 140:20-25 | 402/403 | | | |
| 141:5-7 | 402/403 | | | |
| 141:18-23 | 402/403 | | | |
| 142:1-14 | 402/403 | | | |
| 142:22-143:11 | 402/403 | | | |
| 143:14 | 402/403 | | | |
| 143:18-144:3 | 402/403 | | | |
| 144:4-16 | 402/403 | | | |
| 144:17-145:8 | 402/403 | | | |
| 145:11-14 | 402/403 | | | |
| 145:15-146:1 | 402/403 | | | |
| 146:2-14 | 402/403 | | | |
| 147:11-149:4 | 402/403 | | | |
| 154:21-158:10 | 402/403 | | | |
| 160:23-161:22 | 402/403 | | | |
| 164:6-14 | | | | |
| 173:2-174:9 | | | | |
| 174:12-15 | | | | |
| 174:18-175:7 | | | | |
| 175:10-11 | | | | |
| 176:4-9 | | | | |

| Norman Morales<br>No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)<br>Deposed on May 24, 2013 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 176:11-15 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Norman Morales**<br>**No. 05-cv-8914 GPS (SHx)**<br>**Deposed on July 26, 2007** | | | | | |
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** | **Applied's Objections to Covidien and Gaya's Counter-Counter-Designations** |
| 6:10-12 | | 48:18-49:7 | FRE 106 | 59:4-6 | |
| 6:19-21 | | 56:25-59:3 | FRE 106 | 59:13-17 | |
| 11:10-20 | | 59:18-23 | FRE 402<br>FRE 403 | 63:21-64:3 | |
| 31:15-25 | | 61:20-23 | FRE 402<br>FRE 403 | 65:8-19 | |
| 33:1-6 | | 62:2-9,<br>62:17-19;<br>63:5-20 | FRE 106<br>FRE 402<br>FRE 403 | 116:19-22 | |
| 34:16-24 | | 66:8 - 67:7 | FRE 402<br>FRE 403 | 118:7-119:5 | |
| 35:3-8 | | 68:4-69:12 | FRE 402<br>FRE 403 | 119:9-11 | |
| 38:8-15 | | 72:11-18 | FRE 802 | 122:21-123:12 | FRCP 32(a)(6)<br>(Scope) |
| 39:1-19 | | 75:21-76:20 | FRE 802 | 126:3-127:14 | FRCP 32(a)(6)<br>(Scope) |
| 40:9-42:11 | | 77:17-78:12 | FRE 106 | 184:6-11 | |
| 43:16-20 | | 102:22-103:9 | FRE 802 | 194:12-15 | |
| 45:23-46:12 | | 113:24-115:10 | FRE 402<br>FRE 403 | 194:23-195:7 | |
| 48:9-13 | | 115:14-15 | FRE 106 | 196:18-23 | |
| 48:15-16 | | 116:12-18 | | 210:20-211:16 | |
| 51:21-52:11 | | 119:12-120:10 | FRE 402<br>FRE 403 | 212:1-5 | |
| 59:24-60:25 | | 121:9-16 | | 213:6-8 | |
| 61:1-5 | | 138:8-20 | FRE 402<br>FRE 403<br>FRE 802 | 213:12-15 | |
| 61:8-10 | | 152:9-153:19 | FRE 402<br>FRE 403<br>FRE 802 | | |
| 61:16-19 | | 154:1-12 | FRE 402<br>FRE 403<br>FRE 802 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Norman Morales**<br>**No. 05-cv-8914 GPS (SHx)**<br>**Deposed on July 26, 2007** | | | | | |
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** | **Applied's Objections to Covidien and Gaya's Counter-Counter-Designations** |
| 62:21-63:4 | | 158:15-161:6 | FRE 402<br>FRE 403<br>FRE 802 | | |
| 65:20-66:7 | | 179:20-180:20 | FRE 402<br>FRE 403 | | |
| 69:13-72:3 | | 181:23-182:5 | FRE 402<br>FRE 403 | | |
| 79:7-12 | | 182:17-18 | FRE 602 | | |
| 101:16-102:21 | | 182:23-183:5 | FRE 602 | | |
| 110:20-111:19 | | 183:22-184:4 | FRE 402<br>FRE 403 | | |
| 111:20-113:23 | | 186:14-16 | FRE 802 | | |
| 115:11-13 | | 187:11-14 | FRE 802 | | |
| 115:23-116:3 | | 190:14-23 | | | |
| 117:18-118:4 | | 192:18-194:11 | FRE 106 | | |
| 128:15-130:8 | | 202:7-22 | FRE 802 | | |
| 149:5-150:2 | | 213:16-24 | FRE 802 | | |
| 151:10-152:8 | | 215:12-22 | FRE 402<br>FRE 403 | | |
| 154:24-155:11 | | 219:23-25 | FRE 402<br>FRE 403 | | |
| 155:20-156:25 | | 250:16-19 | FRE 402<br>FRE 403 | | |
| 157:7-158:14 | | 253:1-11 | FRE 402<br>FRE 403 | | |
| 180:21-181:22 | 602 | | | | |
| 182:6-11 | 602 | | | | |
| 182:13-15 | | | | | |
| 183:6-21 | | | | | |
| 187:23-188:13 | | | | | |
| 188:23-189:22 | | | | | |
| 190:5-6 | | | | | |

| Norman Morales No. 05-cv-8914 GPS (SHx) Deposed on July 26, 2007 | | | | | |
|---|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations | Applied's Objections to Covidien and Gaya's Counter-Counter-Designations |
| 190:8-13 | | | | | |
| 190:24-191:14 | | | | | |
| 191:15-23 | | | | | |
| 192:1-192:17 | | | | | |
| 205:10-206:15 | 402/403 | | | | |
| 206:19-207:9 | 402/403 | | | | |
| 207:13-208:2 | 402/403 | | | | |
| 214:17-215:11 | 402/403 | | | | |
| 215:23-216:5 | 402/403 | | | | |
| 216:9-219:3 | 402/403 | | | | |
| 219:17-21 | 402/403 | | | | |
| 226:9-227:14 | 402/403 | | | | |
| 229:23-232:7 | 402/403 | | | | |
| 237:21-238:4 | 402/403 | | | | |
| 238:9-24 | 402/403 | | | | |
| 239:4-13 | 402/403 | | | | |
| 239:17-240:4 | 402/403 | | | | |
| 240:6-16 | 402/403 | | | | |
| 247:19-248:16 | | | | | |
| 249:16-250:15 | | | | | |
| 252:19-23 | | | | | |
| 255:14-256:6 | | | | | |
| 256:10-257:8 | | | | | |

| | | Norman Morales<br>No. 50 133T00316 06<br>Arbitration Testimony of October 11, 2007 | | |
|---|---|---|---|---|
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** |
| 1324:5-12 | | Direct Testimony of Norman Morales, ¶¶ 1-44 | FRE 402<br>FRE 403 with respect to all except ¶¶ 19, 20, 27 | 1336:14-1337:4 |
| 1327:17-1329:3 | | 1329:13-1330:4 | FRE 402<br>FRE 403 | 1349:20-1350:7 |
| 1331:7-17 | | 1347:19-1348:10 | FRE 402<br>FRE 403 | 1350:22-1351:22 |
| 1332:7-8 | 402/403 | 1349:10-19 | FRE 402<br>FRE 403<br>FRE 802 | 1353:10-22 |
| 1332:14-22 | 402/403 as to 1332:14-20 | 1363:3-7 | FRE 402<br>FRE 403 | 1376:11-13 |
| 1333:4-5 | | 1364:17-1365:7 | FRE 402<br>FRE 403<br>AC | 1387:2-10 |
| 1333:7-18 | | 1347:19-1348:10 | FRE 402<br>FRE 403 | |
| 1333:19-1334:9 | | 1375:13-1376:10 | FRE 106<br>FRE 402<br>FRE 403<br>AC | |
| 1334:13-1335:2 | 402/403 as to 1334:4-9, 1334:13-14 | 1379:11-16 | FRE 402<br>FRE 403 | |
| 1335:18-19 | | 1384:3-12 | FRE 402<br>FRE 403<br>FRE 802 | |
| 1336:4-9 | 402/403 | 1385:3-1386:18 | FRE 106<br>FRE 802 | |
| 1340:7-12 | | | | |
| 1342:10-1343:3 | | | | |
| 1346:16-1347:18 | | | | |
| 1348:11-17 | | | | |

| Norman Morales<br>No. 50 133T00316 06<br>Arbitration Testimony of October 11, 2007 | | | | |
|---|---|---|---|---|
| 1349:3-9 | | | | |
| 1359:9-1361:10 | | | | |
| 1361:22-1362:21 | | | | |
| 1363:22-1364:16 | | | | |
| 1365:8-1366:14 | | | | |
| 1369:1-1370:16 | | | | |
| 1371:7-10 | 402/403/602 | | | |
| 1371:18-1372:19 | 402/403/602 | | | |
| 1376:14-1377:3 | 602 as to 1376:21-1377:3 | | | |
| 1377:4-10 | 602 | | | |
| 1377:13-1378:1 | 602 | | | |
| 1378:4-7 | 602 | | | |
| 1378:11 | 602 | | | |
| 1378:20-1379:10 | | | | |
| 1379:17-21 | 402/403 | | | |
| 1380:4-6 | 402/403 | | | |
| 1380:15-17 | 402/403 | | | |
| 1381:3-1382:6 | 402/403 as to 1381:3-1382:6 | | | |
| 1382:7-1383:6 | 402/403 | | | |
| 1388:10-1389:12 | | | | |

| Edward Pingleton<br>No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)<br>Deposed on September 25, 2012 | | | | |
|---|---|---|---|---|
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** |
| 7:13-24 | | 7:25 – 9:2 | FRE 402<br>FRE 403 | 25:9-10 |
| 10:1-3 | | 9:11-14 | FRE 402<br>FRE 403 | |
| 10:25-11:12 | | 10:10-24 | FRE 402<br>FRE 403 | |
| 11:17-22 | | 17:14 – 18:10 | FRE 402<br>FRE 403 | |
| 12:1-19 | | 19:3-7 | FRE 402<br>FRE 403 | |
| 12:22 | | 19:10-12 | FRE 402<br>FRE 403 | |
| 13:4-14:9 | | 22:20 – 23:5 | FRE 106<br>FRE 402<br>FRE 403 | |
| 14:24-15:2 | | 23:13-21 | FRE 106<br>FRE 402<br>FRE 403 | |
| 15:4 | | 24:14-25 | FRE 106<br>FRE 402<br>FRE 403 | |
| 20:16-21:18 | | 29:16 – 30:3 | FRE 402<br>FRE 403<br>U | |
| 21:21-22:9 | | 31:24 – 32:8 | FRE 402<br>FRE 403<br>U | |
| 27:15-28:6 | | 32:10 | FRE 402<br>FRE 403<br>U | |
| 28:11-29:5 | | 32:12-13 | FRE 402<br>FRE 403<br>U | |
| 29:8-9 | | 32:16 | FRE 402<br>FRE 403<br>U | |
| 29:11-15 | | 33:3-5 | FRE 402<br>FRE 403<br>U | |
| 30:12-31:15 | | 33:8-9 | FRE 402<br>FRE 403<br>U | |
| 31:17 | | 33:11 – 34:20 | FRE 402<br>FRE 403<br>U | |
| 32:18-22 | | 34:23 – 35:15 | FRE 402 | |

| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
|---|---|---|---|---|
|  | **Edward Pingleton**<br>**No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)**<br>**Deposed on September 25, 2012** |||||
|  |  |  | FRE 403<br>U |  |
| 32:24-33:1 |  | 40:9-13 |  |  |
| 36:13-16 |  | 66:13-16 | FRE 402<br>FRE 403<br>FRE 602 |  |
| 41:8-22 |  | 66:18-19 | FRE 402<br>FRE 403<br>FRE 602 |  |
| 58:3-14 |  | 71:25 – 72:15 | FRE 402<br>FRE 403 |  |
| 58:20-59:9 |  | 77:18 – 78:15 | FRE 402<br>FRE 403<br>FRE 802 |  |
| 60:7-19 |  | 88:20 – 89:7 |  |  |
| 61:5-10 |  |  |  |  |
| 61:12-13 |  |  |  |  |
| 61:15-16 |  |  |  |  |
| 61:24-62:6 |  |  |  |  |
| 62:13 |  |  |  |  |
| 62:15 |  |  |  |  |
| 62:17-63:9 |  |  |  |  |
| 64:10-15 |  |  |  |  |
| 66:21-22 |  |  |  |  |
| 66:25-67:1 |  |  |  |  |
| 69:11-71:24 |  |  |  |  |

| Scott Taylor<br>No. 05-cv-8914 GPS (SHx)<br>Deposed on October 26, 2006 | | | | |
|---|---|---|---|---|
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** |
| 6:10-14 | | 32:15-33:14 | FRE 402<br>FRE 403 | 134:11-18 |
| 7:1-5 | | 33:18 | FRE 402<br>FRE 403 | |
| 17:2-12 | | 45:22-46:8 | FRE 402<br>FRE 403 | |
| 45:13-21 | | 46:13-16 | FRE 402<br>FRE 403 | |
| 51:5-20 | | 62:8-63:17 | FRE 802 | |
| 52:4-7 | | 64:6-7 | FRE 402<br>FRE 403 | |
| 52:10-53:11 | | 64:10-11 | FRE 402<br>FRE 403 | |
| 59:11-60:7 | | 64:13-14 | FRE 402<br>FRE 403 | |
| 60:12-62:7 | | 65:6-23 | FRE 802 | |
| 63:18-64:5 | | 67:7-19 | FRE 402<br>FRE 403 | |
| 64:15-65:5 | | 89:17-20 | FRE 802 | |
| 84:20-86:10 | | 90:13-15 | FRE 802 | |
| 86:11-89:16 | | 90:25-91:2 | FRE 802 | |
| 89:21-90:12 | | 91:4 – 92:6 | FRE 802 | |
| 90:16-19 | | 99:20-100:1 | FRE 402<br>FRE 403 | |
| 94:15-21 | | 112:24-113:10 | FRE 802 | |
| 95:1-23 | | 125:25-126:18 | FRE 802 | |
| 95:25-96:6 | | 131:1-15 | FRE 802 | |
| 96:12-25 | | 132:15-21 | FRE 802 | |
| 99:9-19 | | 142:12-143:3 | FRE 402<br>FRE 403<br>FRE 802 | |
| 109:14-20 | | 145:13-23 | FRE 402<br>FRE 403 | |
| 111:6-112:23 | | | | |
| 113:11-16 | | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Scott Taylor<br>No. 05-cv-8914 GPS (SHx)<br>Deposed on October 26, 2006 | | | |
|---|---|---|---|
| 124:12-125:15 | | | |
| 125:21-24 | | | |
| 126:21-129:1 | | | |
| 130:18-21 | | | |
| 131:16-132:2 | | | |
| 132:5 | | | |
| 139:1-140:12 | | | |
| 140:18-141:25 | | | |
| 143:21-144:22 | | | |
| 145:1-12 | | | |
| 149:1-151:5 | | | |

| Scott Taylor No. 50 133T00316 06 Arbitration Testimony of October 11, 2007 | | | | |
|---|---|---|---|---|
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| 1234:10-13 | | 1237:8-1240:16 | FRE 802 | |
| 1236:3-1237:7 | | 1248:14-1249:4 | FRE 402 FRE 403 FRE 802 | |
| 1243:8-1245:20 | | 1256:2-1257:3 | FRE 802 | |
| 1246:8-1247:1 | | 1288:9-10 | | |
| 1247:20-1248:13 | | 1318:9-1319:10 | FRE 402 FRE 403 FRE 802 | |
| 1249:9-1250:11 | | | | |
| 1250:12-1255:2 | | | | |
| 1255:18-1256:1 | | | | |
| 1269:14-1270:11 | | | | |
| 1270:14 | | | | |
| 1270:16-1271:15 | | | | |
| 1271:16-1272:2 | | | | |
| 1276:13-21 | | | | |
| 1277:8-20 | | | | |
| 1285:18-1287:9 | | | | |
| 1287:20-1288:8 | | | | |
| 1289:18-20 | | | | |
| 1291:10-1292:18 | | | | |
| 1292:19-1294:7 | | | | |
| 1301:16-1302:20 | | | | |

-44-

| | | | | |
|---|---|---|---|---|
| **Scott Taylor**<br>**No. 50 133T00316 06**<br>**Arbitration Testimony of October 11, 2007** | | | | |
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** |
| 1302:21-1303:16 | | | | |
| 1303:22-1304:8 | | | | |
| 1304:10-11 | | | | |
| 1304:13-21 | | | | |
| 1304:22-1305:16 | | | | |
| 1305:17-1307:5 | | | | |
| 1307:10-21 | | | | |
| 1307:22-1308:5 | | | | |
| 1308:6-1310:5 | | | | |
| 1310:6-8 | | | | |
| 1310:13-1311:10 | | | | |
| 1311:11-1312:10 | | | | |
| 1312:11-16 | | | | |
| 1315:8-10 | | | | |
| 1315:12-1316:15 | | | | |
| 1319:20-1320:3 | | | | |

| | | | |
|---|---|---|---|
| **Payam Adlparvar**<br>**No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)**<br>**Deposed on October 16, 2012** | | | |
| **Covidien and Gaya's Designations** | **Applied's Objections to Covidien and Gaya's Designations** | **Applied's Counter-Designations** | **Covidien and Gaya's Objections to Applied's Counter-Designations** | **Covidien and Gaya's Counter-Counter-Designations** |
| 7:5-7 | | 12:25 – 13:1 | | 58:7-9 |
| 7:10-15 | | 19:17-19 | FRE 106<br>FRE 402 | 66:5-7 |

| Payam Adlparvar | | | | |
|---|---|---|---|---|
| No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx) | | | | |
| Deposed on October 16, 2012 | | | | |
| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
| | | | FRE 403 | |
| 7:23-8:2 | | 20:22 – 22:21 | FRE 106 FRE 402 FRE 403 | 86:1-7 |
| 9:5-10:7 | | 24:6 – 25:12 | FRE 106 FRE 402 FRE 403 | 101:1-3 |
| 11:3-6 | | 26:12 – 27:3 | FRE 106 FRE 402 FRE 403 | 101:5-10 |
| 11:21-25 | | 27:4-7 | FRE 106 FRE 402 FRE 403 | 103:1-5 |
| 12:7-20 | | 27:10-13 | FRE 106 FRE 402 FRE 403 | |
| 12:23-24 | | 30:13-24 | | |
| 13:2-23 | | 33:13-15 | | |
| 18:15-23 | | 33:17 | | |
| 19:20-20:21 | | 34:3-16 | FRE 106 FRE 402 FRE 403 | |
| 29:4-30:7 | 402 | 36:13-19 | FRE 402 FRE 403 | |
| 30:8-12 | | 36:22-25 | FRE 402 FRE 403 | |
| 31:16-32:2 | | 37:1-4 | FRE 402 FRE 403 | |
| 33:5-12 | | 52:15-25 | FRE 106 FRE 402 FRE 403 U | |
| 33:19-22 | | 53:1-19 | FRE 106 FRE 402 FRE 403 U | |
| 40:15-19 | | 58:3-6 | | |
| 60:2-9 | | 65:4-13 | FRE 106 FRE 402 FRE 403 | |
| 60:11-20 | | 65:16-17 | FRE 106 FRE 402 FRE 403 | |
| 63:14-20 | | 65:19-23 | FRE 106 FRE 402 | |

| Covidien and Gaya's Designations | Applied's Objections to Covidien and Gaya's Designations | Applied's Counter-Designations | Covidien and Gaya's Objections to Applied's Counter-Designations | Covidien and Gaya's Counter-Counter-Designations |
|---|---|---|---|---|
| **Payam Adlparvar** **No. 11-cv-1406 JVS (ANx) Consolidated with 13-cv-24 JVS (ANx)** **Deposed on October 16, 2012** | | | | |
| | | | FRE 403 | |
| 63:23-64:4 | | 82:13-25 | | |
| 64:13-16 | | 84:4-85:25 | FRE 106 FRE 402 FRE 403 | |
| 64:19-65:2 | | 100:9-18 | FRE 106 FRE 402 FRE 403 | |
| 82:9-12 | | 101:16-20 | FRE 106 FRE 402 FRE 403 | |
| 83:1-25 | | 101:23-24 | FRE 106 FRE 402 FRE 403 | |
| 104:4-23 | | 102:2-9 | FRE 106 FRE 402 FRE 403 | |
| 105:5-19 | | 113:19 – 114:9 | FRE 106 FRE 402 FRE 403 | |
| 111:2-6 | | | | |
| 111:17-21 | | | | |
| 111:22-112:2 | | | | |
| 112:12-25 | | | | |
| 113:6-12 | | | | |
| 113:16-17 | | | | |
| 115:1-4 | | | | |
| 115:8-9 | | | | |

| Index of Covidien's and Gaya's Objections | | |
|---|---|---|
| Code | Applicable Rule | Objection |
| FRE 106 | FRE 106 Federal Rule of Evidence 106 | Incomplete document or testimony |
| FRE 402 | FRE 402 Federal Rule of Evidence 402 | Irrelevant |
| FRE 403 | FRE 403 Federal Rule of Evidence 403 | Unduly prejudicial, wasteful, confusing, misleading or cumulative |
| FRE 602 | FRE 602 Federal Rule of Evidence 602 | Lack of foundation/personal knowledge (including calls for speculation) |
| FRE 611 | FRE 611 Federal Rule of Evidence 611 | Argumentative, or attorney argument |
| FRE 701 | FRE 702 Federal Rule of Evidence 701 | Opinion testimony by lay witness |
| FRE 702/703 | FRE 702 Federal Rule of Evidence 702 | Improper foundation/basis for expert testimony |
| FRE 802 | Federal Rule of Evidence 802 | Hearsay if offered for the truth of the matter asserted |
| FRCP 32(a)(6) (scope) | Federal Rule of Civil Procedure 32(a)(6) | Beyond the scope of the initial designations |
| AC | | AC Attorney Colloquy |
| S | | Beyond the scope of the 30(b)(6) notice |
| I | | Incomplete Hypothetical |
| U | | Uncorroborated Inventorship Testimony |
| V | | Vague |

-48-