Joseph R. Re (SBN 134479)
joe.re@kmob.com
Joseph F. Jennings (SBN 145920)
joe.jennings@kmob.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:   (949) 760-0404
Facsimile:    (949) 760-9502

Karen A. Gibbs (SBN 178690)
kgibbs@appliedmedical.com
Applied Medical Resources Corporation
22872 Avenida Empresa
Rancho Santa Margarita, CA  92688
Telephone: (949) 713-8000
Facsimile:  (949) 713-8206

Attorneys for Plaintiff
APPLIED MEDICAL RESOURCES CORPORATION

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>TYCO HEALTHCARE GROUP LP d/b/a COVIDIEN,<br><br>              Defendant. | SACV11-01406 JVS (ANx)<br>Consolidated with SACV13-24 JVS (ANx) and SACV14-87 JVS (ANx)<br><br>**JUDGMENT** |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court enters judgment as described herein in this matter involving Applied Medical Resources Corporation ("Applied"); Gaya Limited ("Gaya"); and Covidien LP, Covidien Sales LLC, and Tyco Healthcare Group LP d/b/a Covidien (collectively, "Covidien"). This judgment is entered further to the Court's Order on Applied's Motion for Judgment on the Pleadings as to Gaya's Unjust Enrichment and Conversion Claims dated June 17, 2013 (Docket No. 146) and the Court's Findings of Fact and Conclusions of Law dated July 11, 2014 (Docket No. 415).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Gaya's claims against Applied for Unjust Enrichment and Conversion are preempted by federal patent law.

2. Applied's U.S. Patent Nos. 7,473,221, 7,481,765, 8,016,755, 8,105,234, and 8,496,581 (collectively, "the Applied Patents") correctly list Richard C. Ewers, John R. Brustad, Edward D. Pingleton, Nabil Hilal, Gary R. Dulak, Payam Adlparvar, and Robert R. Bowes as named inventors. No individuals associated with Gaya, including Donal Bermingham, Martin Caldwell, Christy Cummins, or Damien Rosney, are sole or joint inventors of any of the inventions claimed in the Applied Patents. Therefore, Gaya's and Covidien's claims under 35 U.S.C. § 256 are hereby denied.

3. Any motion requesting that this judgment be certified as a final judgment pursuant to Fed. R. Civ. P. Rule 54(b) shall be filed within thirty (30) days from the date this judgment is entered.

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
| *1* | 4. Applied need not file any request for fees and/or costs pursuant to |
| *2* | Fed. R. Civ. P. Rule 54(d) relating to the issues addressed in this judgment until |
| *3* | thirty (30) days after entry of a final judgment that disposes of all remaining |
| *4* | issues in this consolidated action. |

**IT IS SO ORDERED.**

Dated: July 25, 2014

_____
UNITED STATES DISTRICT JUDGE

18436344